UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN ROWLEY,<br><br>              Plaintiff,<br>   v.<br><br>Howard C Barron,<br><br>              Defendant. | CASE NO. 2:24-cv-00538-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 14.) |

On July 3, 2024, Magistrate Judge David W. Christel prepared a Report and Recommendation (Dkt. No. 14) regarding Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1).  Neither party filed objections to the Report and Recommendation.

Having reviewed the record de novo, the Court agrees Petitioner has not exhausted his available administrative remedies, nor has he shown that pursuing an administrative remedy would be futile.[1]  The Court therefore ADOPTS the Report and Recommendation in full.  The Court DENIES Rowley's petition for writ of habeas corpus and DISMISSES this matter without prejudice.

DATED this 22nd day of July 2024.

David G. Estudillo

---

[1] Petitioner filed a "Reply" on July 3, 2024 wherein Petitioner reasserts pursuing an administrative remedy would be futile.  (Dkt. No. 15.)  But as noted by Judge Christel, "this argument does not demonstrate the futility of seeking relief through the [Bureau of Prisons'] administrative channels.  (Dkt. No. 14 at 5.)

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 14.) - 1

United States District Judge